UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LITTLE ANDERSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>R. ROMAN MARIN, et al.,<br><br>            Defendants. | 1:09-cv-01547-GSA-PC<br><br>ORDER DENYING MOTION TO APPEAR VIA TELEPHONE AT ALL FUTURE PROCEEDINGS<br><br>(Doc. 6.) |

William Little Anderson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint commencing this action on September 1, 2009.  (Doc. 1.)  On September 15, 2009, Plaintiff filed a motion to appear via telephone at all present and future proceedings.  (Doc. 6.)

The Court's decision whether to allow telephonic appearances at court proceedings is made on a case-by-case basis depending on the nature of the case, the type of hearing, and the circumstances surrounding the hearing.  Therefore, the Court shall not grant plaintiff's motion encompassing any and all hearings in this action.

Accordingly, plaintiff's motion to appear via telephone at all present and future proceedings is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **March 31, 2010**           **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE