# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LITTLE ANDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. ROMAN MARIN, et al.,<br><br>　　　　Defendants. | CASE NO. 1:09-cv-01547-LJO-GBC (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT DEPOSITION VIA VIDEO CONFERENCE<br><br>(ECF No. 25) |

　　　Plaintiff William Little Anderson, a state prisoner proceeding pro se and in forma pauperis, originally filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 9, 2009, and a scheduling order was issued May 2, 2011. (ECF Nos. 1 & 18.)  This action is currently in the discovery phase, and on September 13, 2011, Defendants filed a request seeking permission to depose Plaintiff by video conference.  Fed. R. Civ. P. 30(b)(4).

　　　Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:　September 15, 2011

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1