# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LITTLE ANDERSON, | CASE NO. 1:09-cv-01547-LJO-GBC (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| R. ROMAN MARIN, et al., | Docs. 18 & 30 |
| Defendants. | REVISED DISPOSITIVE MOTION DEADLINE: MAY 25, 2012 |

On September 1, 2009, Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed a complaint pursuant to 42 U.S.C. § 1983. Doc. 1. On May 2, 2011, the Court issued a scheduling order, establishing a dispositive motion deadline of March 12, 2012. Doc. 18.

On March 6, 2012, Defendants filed a motion to modify scheduling order, requesting to extend the dispositive motion deadline to May 25, 2012. Doc. 30. In Defendants' motion, counsel requests additional time due to numerous conflicting deadlines. *Id.* Defendants' motion to modify scheduling order is GRANTED. The revised dispositive motion deadline is May 25, 2012.

IT IS SO ORDERED.

Dated:   March 7, 2012

UNITED STATES MAGISTRATE JUDGE