# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LITTLE ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIN, et al.,<br><br>        Defendants.<br>_____/ | 1:09cv01547 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(Document 43) |

Plaintiff William Little Anderson, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 21, 2012, the Magistrate Judge issued Findings and Recommendations to deny Plaintiff's April 4, 2012, Motion for Preliminary Injunction. The Findings and Recommendations were served on the parties and contained notice to the parties that any objections were to be filed within fifteen days. Neither party filed objections within this time frame.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 21, 2012 (Document 43), are ADOPTED in full; and

2. Plaintiff's Motion for Preliminary Injunction is DENIED (Document 32).

IT IS SO ORDERED.

Dated: **February 7, 2013**  /s/ **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE